### BRADY *v.* MURPHY.

Where the judgment of a court is the foundation of an action, or defense, the record of such judgment, or a transcript thereof, must be made a part of the complaint.

The defense of *former recovery* can not be given in evidence under the general issue.

APPEAL from the *Marion* Common Pleas.

*Per Curiam.*—It is the settled rule of pleading, in this state, that where a party makes the judgment of a court the foundation of his action or defense, he must make the record of such judgment, or a transcript of it, a part of the pleading setting it up, as in case of written instruments.

Former recovery can not be given in evidence under the general denial.

*Per Curiam.*—The judgment is reversed, with costs. Cause remanded for another trial.

*R. L.* and *T. D. Walpole,* and *R. B. Duncan,* for the appellant.

*J. A. Beal,* for the appellee.